MONZACK MERSKY AND BROWDER, P.A.
ATTORNEYS AT LAW
1201 NORTH ORANGE STREET
SUITE 400
WILMINGTON, DE 19801-1155

MELVYN I. MONZACK
RACHEL B. MERSKY
MARY ELIZABETH M. BROWDER

(302) 656-8162
FACSIMILE: (302) 656-2769

WWW.MONLAW.COM

March 29, 2021

**VIA ECF and HAND DELIVERY**
The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 8
Room 2124
Wilmington, DE 19801-3555

Re:   *LiteCure, LLC v. Gavette et al.* **(1:19-cv-01546-LPS)**

Dear Magistrate Thynge:

    I am counsel for Defendants Jeffrey A. Gavette and Aspen Laser Systems, LLC in the above referenced case. We are pleased to report that the Parties have reached a settlement and are in the process of completing documentation of the settlement. Consequently, the Parties will not be submitting mediation statements, the mediation scheduled for April 13, 2021, is no longer required and this matter can be removed from your calendar.

    We are available at the convenience of the Court.

Respectfully submitted,

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE #2049)
For Monzack Mersky and Browder, P.A.

Cc: Orlacchio, Adam V. Orlacchio@BlankRome.com
    Blondman, Mark Blondman@BlankRome.com
    Rod Dusinberre rhd@dusinberre.com
    Sheri Alter Esq. sheri@sherialterlaw.com

{00223146-2}