# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LITECURE, LLC, | Civil Action No. 1:19-cv-01546-LPS |
| Plaintiff, | |
| v. | |
| JEFFREY A. GAVETTE, CURRENT MEDICAL, LLC, and ASPEN LASER SYSTEMS, LLC, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL

*PLEASE TAKE NOTICE* that I, Adam Orlacchio, Esquire, hereby withdraw my appearance as counsel for plaintiff Litecure, LLC.  This Notice does not affect the appearance of any other attorneys representing Litecure, LLC.

DATED: August 9, 2021

BLANK ROME LLP

*/s/Adam V. Orlacchio*
Adam V. Orlacchio (#5520)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
orlacchio@blankrome.com

*Attorneys for Plaintiff*
*Litecure, LLC*

134439.00603/126520009v.1